EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

LORETTA SHEEHAN
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 20 2002

at \_\_ o'clock and \_\_ min. \_\_M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR02 00084 DAE |
| Plaintiff, | ) | INDICTMENT |
| v. | ) | [18 U.S.C. §§ 922(g)(3), 26 U.S.C. § 5861(d)] |
| TAUMAOE MOSE KAPESI, | ) | |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges:

On or about January 29, 2001, in the District of Hawaii, TAUMAOE MOSE KAPESI knowingly possessed in and affecting commerce a firearm, to wit, a Ruger carbine, .44 magnum caliber, serial number 102-22945, having a barrel length of less than 18 inches, and an overall length of less than 26 inches, which was

not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Section 5861(d).

DATED: March 20, 2002 at Honolulu, Hawaii.

A TRUE BILL.

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
LORETTA SHEEHAN
Assistant U.S. Attorney

<u>United States v. Taumaoe Mose Kapesi</u>
Indictment
Cr. No. _____

2